# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv101

| | |
|---|---|
| SMITH GENERAL CONTRACTING, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| Vs. | )      ORDER<br>) |
| FLORIDA CONSTRUCTION SERVICES, INC., | )<br>)<br>) |
| Defendant and Counter Plaintiff, | )<br>)<br>) |
| Vs. | )<br>) |
| SMITH GENERAL CONTRACTING, INC., | )<br>)<br>) |
| Counter Defendant. | )<br>) |

**THIS MATTER** is before the court on the Order of transfer from the United States Court for the Middle District of Georgia. Preliminary review of such pleadings reveals that this matter has been pending for nearly two years and that discovery and mediation have been completed. Inasmuch as this court typically resolves cases within 12 months of filing, it would appear that this matter is now one of the oldest cases in the Asheville Division, requiring trial within a few months. Prior to entering a Scheduling Order, the court will hold a scheduling conference on March 29, 2007, at 4 p.m. in Asheville in Courtroom No. 2.

Prior to such hearing, respective counsel are all advised to read and comply with the Local Rules of this court, especially rules concerning admission of out-of-

state counsel <u>and</u> compliance with electronic filing.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this matter is set for a Pretrial Conference on march 29, 2007, at 4p.m. in Asheville in Courtroom No. 2.

Signed: March 21, 2007

Dennis L. Howell
United States Magistrate Judge