# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

| | |
|---|---|
| SMITH GENERAL CONTRACTING, INC., ) ) | |
| Plaintiff, ) ) | |
| v ) ) | |
| FLORIDA CONSTRUCTION SERVICES, INC., ) ) | CIVIL NO. 1:07 CV 101 |
| Defendant. ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of John T. Croley, Jr., P. O. Box 690, Fitzgerald, GA 31750, 229-423-6608, to appear as counsel for the plaintiff in this matter filed on March 23, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that John T. Croley, Jr. is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: March 27, 2007

Dennis L. Howell
United States Magistrate Judge